# MEMORANDUM DECISIONS

ABRAMOVITZ, Respondent, v. STERN-GOLD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Louis Abramovitz against Jack Sterngold and others. J. Canter, of New York City, for appellants. E. I. Yuells, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ALDRIDGE, Respondent, v. SYNDICATE REAL ESTATE & INVESTMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Ernest W. Aldridge against the Syndicate Real Estate & Investment Company. No opinion. Judgment and order affirmed, with costs.

ALLEN v. DE MARRAIS et al. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Georgina J. Allen against Maria J. De Marrais and John Hatton, individually and as executors, etc., and others. No opinion. Orders affirmed, with costs.

ALLWIN REALTY CO. v. BARTH. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the Allwin Realty Company against Mary G. Barth. No opinion. Motion granted. Order filed. See, also, 145 N. Y. Supp. 1111.

ALLWIN REALTY CO. v. BARTH. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the Allwin Realty Company against Mary G. Barth. No opinion. Application granted. Order signed. See, also, 145 N. Y. Supp. 1111.

ALTHAUSE, Respondent, v. UNITED STATES STEEL CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Walter Althause against the United States Steel Corporation. With this case has been consolidated in this court cases bearing titles as follows: Walter Althause v. Richard Trimble; William Theile v. United States Steel Corporation; Same v. Richard Trimble. R. C. Bolling, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinions. Determinations affirmed, with costs. Orders filed. See, also, 158 App. Div. 926, 143 N. Y. Supp. 1105.

AMERICAN BONDING CO. v. DUCKWORTH et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the American Bonding Company against Walter F. Duckworth and others. No opinion. Application denied, with $10 costs. Order signed.

AMERICAN MFG. CO., Appellant, v. MACKENZIE, QUARRIER & FERGUSON, Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by the American Manufacturing Company against Mackenzie, Quarrier & Ferguson. S. B. Clarke, of New York City, for appellant. C. E. McMahon, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

AMERICAN WOOLEN CO. OF NEW YORK v. MOSKOWITZ et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by the American Woolen Company of New York against Harry Moskowitz and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 159 App. Div. 382, 144 N. Y. Supp. 532.

ANDERSON, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Annie Anderson, as administratrix, etc., against the New York, New Haven & Hartford Railroad Company, impleaded with others. C. J. Earley, of New York City, for appellant. C. M. Sheafe, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ANDREWES, Appellant, v. HAAS et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Harold A. Andrewes against Albert Haas and another, copartners, etc. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1060.

ANNYS, Respondent, v. BELLMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Annie Annys, an infant, etc., against Jacob Bellman and another. No opinion. Order modified, by imposing, as a condition of the opening of the default, that plaintiff pay a trial fee, $10 term fee, and the disbursements incurred by defendants for witnesses' fees during the term at which the complaint was dismissed, and $10 costs of opposing the motion, and, as thus modified, the order is affirmed, without costs of this appeal. See, also, 144 N. Y. Supp. 1104.

ANTHONY, Respondent, v. CALKINS et al., Appellants. (Supreme Court, Appellate Divi-